CM/ECF statrept
(Rev. 01/04/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Stacey A. Hardy<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 20–10540–JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

## REQUEST FOR STATUS REPORT

 Pursuant to monitoring performed by the staff of the Clerk of this Court, notice is hereby provided to the TRUSTEE:

 The Clerk has not yet received either a copy of a Report of No Distribution or a copy of a Final Report and Accounting bearing a notation of the approval thereof by the U.S. Trustee.

 Please provide a report as to the status of the above referenced case.

Dated: 5/18/20

              Shallanda J. Clay
              Clerk, U.S. Bankruptcy Court

              BY: SGF
                Deputy Clerk