___



SO ORDERED,

*Judge Jason D. Woodard*

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**STACEY A. HARDY**　　　　　　　　　　　　　　　　**CASE NO. 20-10540-JDW**

**DEBTOR.**　　　　　　　　　　　　　　　　　　　　　**CHAPTER 7**

## ORDER SCHEDULING STATUS HEARING ON CHAPTER 7 CASE

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that a status hearing on this chapter 7 case is **SCHEDULED** for **August 18, 2020, at 10:30 a.m.** The chapter 7 trustee is directed to attend this hearing. All attorneys, parties, and other interested parties should follow the dial-in instructions below:

1. Complete the dial-in instructions at least 5 minutes prior to the time of the hearing;
2. Dial 877-336-1829, and, when prompted, enter number 5667710#;
3. Once you are connected to the call, identify yourself by stating your name;
4. Once your telephonic presence is acknowledged by the Courtroom Deputy, please mute your phone until further notice of the Court;
5. Do not place the call on hold at any time during the call as this may lead to disturbing noises for the other call participants.

Should you experience difficulties, please contact the Clerk's Office at 662-369-2596.

**##END OF ORDER#**